IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DAVID BERRYMAN,                    *
                                   *
                Plaintiff,         *
vs.                                *          No. 4:17-cv-00539-SWW
                                   *
                                   *
GC SERVICES, LP,                   *
                                   *
                Defendant.         *

## ORDER

The earlier motion of David Berryman for issuance of summons [doc.#2] is

denied as moot, summons having since been reissued and returned to Berryman's

counsel for service.

IT IS SO ORDERED this 27th day of September 2017.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE